IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 1:06-00014 |
| | ) | Judge Trauger |
| | ) | |
| ANTHONY SPARKMAN | ) | |

**O R D E R**

A hearing was held on January 8, 2013 on the Petition to Revoke Supervision (Docket No. 114). The defendant pled guilty to the two violations alleged in the Petition. The parties announced an agreed disposition that the court approves.

It is hereby **ORDERED** that the defendant's supervision is **REVOKED**, and he is sentenced to serve six (6) months in custody followed by no additional period of supervised release. The custody sentence shall run concurrently with any state sentence to be imposed on pending state charges, and the sentence is to be served in a state facility. It is further **ORDERED** that the defendant shall self-report by 2:00 p.m. on February 7, 2013 to the United States Marshal's Office in this building, unless he has been taken into state custody prior to that time. The defendant shall remain on the same supervised conditions presently in place, except that the condition for home confinement shall be removed.

It is so **ORDERED.**

Enter this 8th day of January 2013.

_____
ALETA A. TRAUGER
United States District Judge